

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

**O R D E R**

The Court GRANTS Rebecca Macias' third request for an extension of time within which to file the Reporter's Record until **September 11, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 120th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 11, 2014.

IT IS SO ORDERED this 13th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.